| | |
|---|---|
| 1 | BARRETT S. LITT, SBN 45527 |
| 2 | PAUL J. ESTUAR, SBN 167764<br>E-Mail: pestuar@littlaw.com |
| 3 | LITT, ESTUAR, HARRISON &<br>KITSON, LLP |
| 4 | 1055 Wilshire Boulevard, Suite 1880<br>Los Angeles, California 90017 |
| 5 | Telephone: (213) 386-3114 |
| 6 | Facsimile: (213) 380-4585 |
| 7 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL NOZZI, et al.,<br><br>          Plaintiffs,<br><br>              vs.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; RUDOLF MONTIEL, in his official capacity; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.: CV07-00380-GW (FFMx)<br><br>[Hon. George Wu]<br><br>PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSED JUDGMENT |

TO THE COURT, THE PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

     Plaintiffs hereby object to Defendants Housing Authority of the City of Los Angeles' (HACLA's) and Rudolf Montiel's Proposed Judgment in that it is incomplete. It fails to account for the dismissal of certain claims in the First Amended Class Action Complaint ("FAC").  Specifically, the Court's ruling granted summary judgment on the First, Third and Fourth Causes of Action. *See Ruling* at p.11.  However, the Court also dismissed, with prejudice, Plaintiffs' Second and Fifth Causes of Action.  Such dismissal with prejudice is not reflected

1

in the proposed judgment, and an amended judgment is required to clarify that summary judgment was granted as to some claims, and not others.

    For the foregoing reasons, Plaintiffs respectfully request that the Court order Defendants to re-submit an amended proposed judgment with the corrections listed by Plaintiffs above.

DATED: March 16, 2009        LITT, ESTUAR, HARRISON & KITSON, LLP
                                             PUBLIC COUNSEL
                                             ASIAN PACIFIC AMERICAN LEGAL CENTER

                                             By:_/s/  Paul J. Estuar_____
                                                Barrett S. Litt
                                                Paul J. Estuar
                                                Hernan D. Vera
                                                Julie A. Su
                                                Attorneys for Plaintiffs