BRANT H. DVEIRIN, Bar No. 130621      **MADE JS-6**
Brant.Dveirin@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
Christopher.Pisano@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
Los Angeles, California  90071
Telephone: (213) 617-8100
Telecopier: (213) 617-7480

Attorneys for Defendants
HOUSING AUTHORITY OF THE CITY OF
LOS ANGELES and RUDOLF MONTIEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOZZI, an individual; NIDIA PALAEZ, an individual; LOS ANGELES COALITION TO END HUNGER AND HOMELESSNESS, a non-profit organization, on behalf of themselves and similarly situated persons,<br><br>        Plaintiffs,<br><br>    v.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; CITY OF LOS ANGELES; RUDOLPH MONTIEL, in his official capacity; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.  CV 07-00380 GW (FFMx)<br>Judge: Hon. George H. Wu<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS THE HOUSING AUTHORITY OF THE CITY OF LOS ANGELES AND RUDOLF MONTIEL** |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA  90071

## JUDGMENT

The Court, pursuant to its Ruling on Cross-Motions for Summary Judgment, filed on March 8, 2009, granted the Motion for Summary Judgment of Defendants Housing Authority of the City of Los Angeles ("HACLA") and Rudolf Montiel, in its entirety, on the First, Third and Fourth Counts in the First Amended Class Action Complaint.  The Court, pursuant to its Ruling on Defendants' Motion to Dismiss the Second and Firth Causes of Action in the First Amended Class Action Complaint, filed on November 26, 2007, earlier dismissed with prejudice the Second and Fifth Counts.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment in the above-captioned case be, and hereby is, entered in favor of Defendants HACLA and Rudolf Montiel, on the one hand, and against Plaintiffs Michael Nozzi, Nidia Palaez, Los Angeles Coalition to End Hunger and Homelessness, on behalf of themselves and similarly situated persons ("Plaintiffs"), on the other hand. Plaintiffs shall take nothing on their First Amended Complaint.

Dated:

March 25,  2009
_____

_____
Hon. George H. Wu
UNITED STATES DISTRICT JUDGE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

[PROPOSED] JUDGMENT