BRANT H. DVEIRIN, Bar No. 130621
Brant.Dveirin@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
Christopher.Pisano@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
Los Angeles, California  90071
Telephone: (213) 617-8100
Telecopier: (213) 617-7480

Attorneys for Defendants
HOUSING AUTHORITY OF THE CITY OF
LOS ANGELES AND RUDOLF MONTIEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOZZI, an individual; NIDIA PALAEZ, an individual; LOS ANGELES COALITION TO END HUNGER AND HOMELESSNESS, a non-profit organization, on behalf of themselves and similarly situated persons,<br><br>      Plaintiffs,<br><br>    v.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; CITY OF LOS ANGELES; RUDOLPH MONTIEL, in his official capacity; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No.  CV 07-00380-GW(FFMx)<br>Judge: Hon. George H. Wu<br><br><br><br>**PROTECTIVE ORDER** |

## **ORDER**

The terms of the foregoing Stipulation concerning confidentiality of documents are SO ORDERED.

Dated:_April 10, 2012

_____
GEORGE H. WU, U.S. District Judge

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

65015.00001\7375832.1                          - 1 -                     [PROPOSED] PROTECTIVE ORDER
                                                                          CV 07-00380 GW (FFMx)