BRANT H. DVEIRIN, Bar No. 130621
brant.dveirin@bbklaw.com
MICHAEL S. SIMON, Bar No. 144038
michael.simon@bbklaw.com
MICHAEL M. MULLINS, Bar No. 136649
michael.mullins@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
Los Angeles, California  90071
Telephone: (213) 617-8100
Telecopier: (213) 617-7480

Attorneys for Defendants
HOUSING AUTHORITY OF THE CITY OF
LOS ANGELES, AND RUDOLF MONTIEL

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOZZI, an individual; NIDIA PALAEZ, an individual; LOS ANGELES COALITION TO END HUNGER AND HOMELESSNESS, a non-profit organization, on behalf of themselves and similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; CITY OF LOS ANGELES; RUDOLPH MONTIEL, in his official capacity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV 07-00380 GW (FFMx)<br>Judge: Hon. George H. Wu<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS THE HOUSING AUTHORITY OF THE CITY OF LOS ANGELES AND RUDOLF MONTIEL** |

# **JUDGMENT**

On June 6, 2013, the Court entered an order granting in its entirety the Renewed Motion for Summary Judgment of Defendants Housing Authority of the City of Los Angeles and Rudolf Montiel, filed on November 19, 2012, as to the operative First Amended Class Action Complaint, filed on November 26, 2007.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, for the all the reasons stated in this Court's order granting Defendants' Renewed Motion for Summary Judgment, Judgment in the above-captioned case be, and hereby is, entered in favor of Defendants Housing Authority of the City of Los Angeles and Rudolf Montiel, on the one hand, and against Plaintiffs Michael Nozzi, Nidia Palaez, and Los Angeles Coalition to End Hunger and Homelessness, on behalf of themselves and similarly situated persons ("Plaintiffs"), on the other hand. Plaintiffs shall take nothing on their First Amended Complaint.

Defendants are entitled to recover costs.

Dated: June 12, 2013

_____
Hon. George H. Wu
UNITED STATES DISTRICT JUDGE