Case 2:07-cv-00380-PA-FFM Document 297-2 Filed 06/19/17 Page 1 of 2 Page ID #:4694

**Exhibit B**

*Nozzi v. Housing Authority of the City of Los Angeles*
P.O. Box ___
_____
_____

# CLASS ACTION CLAIM FORM

|||||||||||||||||||||||||||| Claim #: _____
First Last (pre-print)
c/o (pre-print)
Address (pre-print)
City, ST Zip (pre-print)

Name/Address Changes (if any). Please enter below:

_____  _____
First Name              Last Name

_____
Address

_____, _____  _____
City                              State   Zip

Please provide the following personal identification information:

Email address: _____

(_) _____    (_) _____
Area Code  Daytime Telephone Number     Area Code  Evening Telephone Number

Last four digits of Social Security Number: _____

Date of Birth: _____ / _____ / _____
              Month   Day    Year

Other names used beginning 2004: _____

I understand my entitlement to compensation will be determined exclusively by records of the Housing Authority of the City of Los Angeles ("HACLA").

I wish to make a claim against HACLA because, as of April 2, 2004, I was a HACLA Section 8 Housing Choice Voucher Program participant, and I received this claim form in the mail advising me that I qualified as a damages class member in this case, or I otherwise believe I may be a Damages Class Member. I understand, as explained in the Class Notice, that qualification as a damages class member is based on technical standards regarding whether and under what circumstances Section 8 Housing Choice Voucher Program participants were entitled to one-year advance notice before a reduced subsidy could be imposed, and that the plaintiffs in this lawsuit claimed the notice given was inadequate. I further understand that not all such individuals were entitled to such advance notice because they were removed from the class if, for example, they moved or changed bedroom size and for other reasons, and that whether a person is in the Damages Class is based solely on HACLA's records (including HACLA records retrieved from HUD (collectively "HACLA records")/.

I also understand that, if I received this preprinted form in the mail, the maximum amount of money I can receive is $_____ (which is the difference between the rent I would have paid absent the reduced subsidy and the rent I actually paid for a period of no more than eleven months (the time period is shorter than eleven months if I moved or other things occurred that took me out of the Damages Class at some point). I also understand that, if I downloaded a claim form from the website, or otherwise obtained a blank form, whether I am a class member and the maximum amount I can receive will be determined from HACLA's electronic records.

I know it is possible that the maximum amount will not be paid to qualifying Damages Class Members if a large percentage of them file claims. If that occurs, each class member will receive a percentage of the damages explained above, and the amount each receives will be determined based on the number of claims filed.

You must mail this Claim Form with a postmark
**NO LATER THAN** December 6, 2017,
in order to receive money from the class fund.
**ACT NOW**

If your Claim Form is not mailed with a postmark no later than December 6, 2017, you will not be considered a member of the class even if you wish to be, but you still will be bound by the settlement and will not receive any money. **DO NOT DELAY**.

The information given in this Claim Form is private, and will be held in strictest confidence, except as needed by the Parties and Settlement Administrator. If you have any questions about this lawsuit, write to us at *Nozzi v. Housing Authority of the City of Los Angeles* Settlement Administrator, P.O. Box _____, _____; contact us by e-mail at _____; or visit our web site at **www.HACLAClassAction.com**.

YES, I WISH TO MAKE A CLAIM.

By signing this form below, I am confirming that the above information is correct and that:

1. I am the person identified above and am over the age of 18.
2. I have not received money or compensation for any of the claims involved in this case.
3. I will abide by, and be limited to, the formula for damages approved by the Court.
4. I will keep the Settlement Administrator informed of my whereabouts at all times.

I declare under penalty of perjury that the information given above is true and correct.

Date: _____   Signature: _____
     (mm/dd/yyyy)