**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRANT H. DVEIRIN, SB# 130621
  E-Mail: Brant.Dveirin@lewisbrisbois.com
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
DANIEL G. BATH, PC, SB# 119514
  E-Mail: Daniel.Bath@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants HOUSING AUTHORITY OF THE CITY OF LOS ANGELES COUNTY et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL NOZZI, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, et. al. <br><br> Defendant. | CASE NO. CV 07-00380 PA (FFMx) <br><br> The Honorable Percy Anderson <br><br> **Notice of Compliance with Class Action Fairness Act, 28 U.S.C. § 1715** |

**Notice of Compliance with Class Action Fairness Act 28 U.S.C. § 1715**

In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, counsel for defendants sent notice of the proposed class action settlement to Jeff Sessions, United States Attorney General, and the CAFA Coordinators of the

///

1  California Office of the Attorney General. Copies of the federal and state notices
2  are attached as EXHIBIT A and EXHIBIT B, respectively.
3
4  DATED: June 28, 2017              LEWIS BRISBOIS BISGAARD & SMITH LLP
5
6                                    By: _____
7                                        BRANT H. DVEIRIN
                                         SARA E. ATSBAHA
8                                        Attorneys for Defendants,
                                         HOUSING AUTHORITY OF THE CITY OF
9                                        LOS ANGELES COUNTY et al.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  4836-1552-1611.1                    2                    CV 07-00380 PA (FFMx)
         NOTICE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT

# FEDERAL COURT PROOF OF SERVICE

*Nozzi v. Housing Authority of the City of Los Angeles, et al.*
Case No. 13-56223 – File No. 34348-02

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On the below date, I served the following document(s) described as: **Notice of Compliance with Class Action Fairness Act, 28 U.S.C. § 1715** on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 28, 2017**, at Los Angeles, California.

DONNA L. MATA

4836-1552-1611.1

CV 07-00380 PA (FFMx)

**NOTICE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

**SERVICE LIST**
*Nozzi v. Housing Authority of the City of Los Angeles, et al.*
Case No. 13-56223 – File No. 34348-02

Ann Richardson, Esq.
PUBLIC COUNSEL LAW CENTER
610 South Ardmore Avenue
Los Angeles, CA 90005
Email: arichardson@publiccounsel.org

Stephanie Carroll, Esq.
PUBLIC COUNSEL LAW CENTER
610 South Ardmore Avenue
Los Angeles, CA 90005
Email: scarroll@publiccounsel.org

Barrett Stephen Litt, Esq.
KAYE, MCLANE, BEDNARSKI & LITT, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, CA 91101
Email: blitt@kmbllaw.com