# EXHIBIT "B"

# EXHIBIT "B"



LEWIS BRISBOIS BISGAARD & SMITH LLP

Sara E. Atsbaha
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Sara.Atsbaha@lewisbrisbois.com
Direct: 213.281.5294

June 23, 2017

**VIA U.S. MAIL**

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

    Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715
          *Michael Nozzi v. Housing Authority of the City of Los Angeles (07-00380 PA (FFMx)*

Dear CAFA Coordinator:

    Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715, The Housing Authority of the City of Los Angeles ("Defendants") hereby provide this notice of its proposed class action settlement in the above-referenced matter currently pending in the U.S. District Court, Central District of California.

    Defendants filed a Settlement Agreement with Exhibits with the Court on June 9, 2017. The Court then ordered the Plaintiffs to file a Motion for Preliminary Approval of Class Action on June 14, 2017. Plaintiffs then filed a Joint Stipulation for Relief to Shorten Time for Hearing, Motion for Preliminary Approval of Class Action Settlement, and Settlement Agreement with Exhibits on June 19, 2017.

    In compliance with 28 U.S.C. § 1715, we have enclosed copies of the following documents:

1. 28 U.S.C. § 1715(b)(1)- First Amended Complaint with Exhibits.

2. 28 U.S.C. § 1715(b)(2)-Notice of any Scheduled Judicial Hearings (The fairness hearing has not yet been set, but it has been requested to be set on January 29, 2018).

3. 28 U.S.C. § 1715(b)(3)-Notification to Class Members (Exhibit to Settlement Agreement).

4. 28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA
4819-0121-8379.1

CAFA Coordinator
June 23, 2017
Page 2

5. 28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreement (There are no other agreements).

6. 28 U.S.C. § 1715(b)(6)-Final Judgment (There is no final judgment in this case, due to settlement of the case).

7. 28 U.S.C. § 1715(b)(7)-Names of Class Members/Estimate of Class Members (The class consists of approximately 11,500 Section 8 tenants, and their identities are unknown except for the named Plaintiffs, and unique ID numbers are used to identify class members. Personal identifying information is required by federal law to not be released. For additional explanation, please contact the undersigned).

8. 28 U.S.C. § 1715(b)(8)-Judicial Opinions related to the Settlement (There are no judicial opinions related to the Settlement as of the present date).

If you have questions or concerns, or if you believe that the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact Brant Dveirin at either (213) 580-6317 or Brant.Dveirin@lewisbrisbois.com. Thank you.

Sincerely,

Sara E. Atsbaha for
LEWIS BRISBOIS BISGAARD & SMITH LLP

SEA