| EXHIBIT A: Nozzi Billing Rates | | | | |
|---|---|---|---|---|
| **Name** | **Firm** | **Role** | **Years** | **Billing Rate** |
| Adelaide Anderson | PC | Attorney | 7 | $540.00 |
| Anne Richardson | PC | Attorney | 28 | $850.00 |
| Barry Litt | KMBL | Attorney | 48 | $1,150.00 |
| Charla Gray | KMBL | Law Clerk | | $200.00 |
| Hernan Vera | PC | Attorney | 23 | $750.00 |
| James Debergh | KMBL | Law Clerk | | $200.00 |
| Jonathan Dale | KMBL | Law Clerk | | $200.00 |
| Julia White | KMBL | Sr. Paralegal | | $335.00 |
| Lisa Jaskol | PC | Attorney | 29 | $850.00 |
| Miguel Villafuerte | KMBL | Jr. Paralegal | | $150.00 |
| Patrick Dunlevy (at PC) | PC | Attorney | 25 | $750.00 |
| Patrick Dunlevy (KMBL) | KMBL | Attorney | 25 | $750.00 |
| Paul Estuar | KMBL | Attorney | 24 | $765.00 |
| Paul Hughes | KMBL | Attorney | 9 | $730.00 |
| Stephanie Carroll | PC | Attorney | 13 | $640.00 |
| Stacey Brown | KMBL | Attorney | 11 | $600.00 |