Barrett S. Litt, SBN 45527
blitt@kmbllaw.com
Kaye, McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Anne Richardson, SBN 151541
arichardson@publiccounsel.org
Stephanie Carroll SBN 263698
scarroll@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Attorneys for Plaintiffs
MICHAEL NOZZI, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOZZI, et al., <br><br> Plaintiff, <br><br> v. <br><br> HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:07-cv-00380-PA-FFM) <br><br> [Honorable Percy Anderson] <br><br> **DECLARATION OF BARRETT S. LITT IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT** <br><br> Date:       **January 29, 2018** <br> Time:      **1:30 P.M.** <br> Place:     **Courtroom 9A** |

# DECLARATION OF BARRETT S. LITT

I, Barrett S. Litt, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. This declaration is submitted in support of Plaintiffs' Motion for Fees and Costs. The facts set forth herein are within my personal knowledge or knowledge gained from review of the pertinent documents. If called upon, I could and would testify competently thereto. I provide this Declaration in support of Plaintiffs' motion for an award of attorneys' fees and costs.

## I. FACTS REGARDING INCENTIVE AWARDS SOUGHT IN THE MOTION FOR FINAL APPROVAL OF SETTLEMENT

2. The settlement provides a slight benefit to the sole class representative, Nidia Pelaez ($5000 in addition to the amount to which she would be entitled as a class member under the Agreement). Ms. Pelaez was actively involved in the case throughout, provided a declaration in support of the motion for class certification, acted as the sole class representative. While she was never deposed, she was available to be deposed and was interviewed by class counsel on several occasions in connection with the litigation.

3. The settlement also provides a $1,000 total award to Michael Nozzi. Because Mr. Nozzi moved to a less expensive unit within days of the date that his damages began to run (as of which time his rental differential damages terminated), his claim for rental differential damages is only a few dollars. Although he was not active in the later phase of this ten year case, he was instrumental in its initiation, as it was he who approached Public Counsel about the Voucher Payment Standard notice. In the early stages of development of the case, he was the only tenant client. Without him, there may have been no case, as Ms. Pelaez came forward later. While he was not as instrumental overall as Ms. Pelaez, he nonetheless was key to the case. No itemization of his damages has been provided, but he did incur moving costs, personal effort assisting the

1

litigation in its initial stages and a constitutional injury whose value is difficult to assess. $1,000 is a reasonable amount for him in light of all of these factors.

4. No advance agreement was ever reached with either of them that an incentive award would be sought on their behalf if the case settled. The issue arose only after settlement in principle was reached, and was at Class Counsel's initiative.

## II. FINAL SIZE OF THE CLASS FUND

5. Plaintiffs' counsel and defense counsel have conferred and agreed that the final figure available from the primary insurer is $8,933,256.47.[1] Thus, the size of the Class Fund is $9,339,256.47. See ¶ 6 of Settlement Agreement, defining "Class Fund". (Although the claims did not exhaust the available funds under the Settlement Agreement's terms, the final Class Fund size is relevant and necessary because the request for attorney's fees is based on a percentage of the available Class Fund, as finally determined after payment of all defense fees and costs.)

## III. TOTAL CLAIMS, OBJECTIONS AND OPT-OUTS

6. The settlement provided for the Class Administrator to mail notice to all class members, as well as to publish notice, and provided class members the opportunity to object or opt out. As the accompanying Declaration of Jennifer M. Keogh from JND Legal Administration attests, notice was sent out on the scheduled ordered in the Preliminary Approval Order, on August 9, 2017, in compliance with the scheduled ordered in the Preliminary Approval Order; a summary notice was published in the Los Angeles Times for three consecutive weeks, beginning August 18, 2017; address searches were done for returned mail;

---

[1] Defense counsel provided me with the total defense costs to date, and we agreed to add $20,000 to cover remaining defense fees and costs in order to determine the final size of the Class Fund. The fees and costs to date are $1,640,743.53. With the $20,000 added, the figure is $1,660,743.53.

2

and new claim forms were sent; a total of 2,259 valid claim forms were filed on or before December 6, 2017, with a total face value of $2,218,075.26; there were no objections.[2] Sixty three (63) claim forms have been denied as duplicative. An additional six claim forms were received as of December 18 with postmarks dated after December 6. Five hundred forty-five (545) Claims Forms were submitted by individuals who do not appear on the Class List. Seventy Claim Forms were missing signatures or other required information and were deemed deficient; deficiency notices will be sent to them

7.  Although there was one initial objection, attached as Exhibit 1, it was withdrawn after Plaintiffs' counsel spoke with the objector and explained that the content of his objection was unrelated to the settlement. See Declaration of Maria Cabados, ¶ 4; Exhibit 2 (original objection); Exhibit 3 (Withdrawal of Objection).

8.  There was a total of eight opt-outs (collectively attached as Exhibit 4). None of the opt-outs expressed dissatisfaction with the settlement.

## IV. ADDITIONAL FACTS SINCE FILING OF MOTION FOR ATTORNEYS' FEES REGARDING LODESTAR CROSS CHECK AND COSTS

9.  Plaintiffs filed the motion for attorneys' fees on September 18, 2017, as required by this Court's Preliminary Approval Order. That motion provided lodestar cross-check information through August 31, 2017. The charts below summarize the additional lodestar information since that time, with a subsequent

---

[2] One objection, from Charles Jackson, was initially filed. Upon review of that objection, it was clear that the class member was not objecting to the settlement but separate treatment by HACLA. As a result, a representative of Plaintiffs' Counsel contacted Mr. Jackson to explain why the settlement was unrelated to the concerns expressed in his objection, and inquire if he still wanted to maintain his objection. Mr. Jackson then withdrew his objection. See Dkt. 320 (withdrawal of objection); Declaration of Maria Cabadas.

3

set of charts providing the total through December 19, 2017. Plaintiffs estimate that in the range of an additional 30-50 hours will be spent through Final approval and entry of judgment. *Id.*

| LITT FIRM HOURS BETWEEN SEPTEMBER 1-DECEMBER 19, 2017[3] | | | | | |
|---|---|---|---|---|---|
| **Biller** | **Position** | **Grad Yr** | **Rate** | **Hours** | **Total** |
| Barrett S. Litt | Attorney | 1969 | $1150 | 66.1 | $76,015.00 |
| Pat Dunlevy | Attorney | 1992 | $750 | 4.0 | $3,000.00 |
| Julia White | Sr. Paralegal | | $335 | 29.2 | $9.782.00 |
| TOTAL | | | | 99.3 | $88,797.00 |

| PUBLIC COUNSEL TIME BETWEEN SEPTEMBER 1-DECEMBER 20, 2017 | | | | | |
|---|---|---|---|---|---|
| **Biller** | **Position** | **Grad Yr** | **Rate** | **Hours** | **Total** |
| Anne Richardson | Attorney | 1989 | $850 | 6.2 | $5,270.00 |
| Stephanie Carroll | Attorney | 2004 | $640 | 18.6 | $11,904.00 |
| Maria Cabadas | Paralegal | | $190 | 49.5 | $9,405.00 |
| TOTAL | | | | 74.3 | $26,579.00 |

10. A summary of the full attorneys' fees lodestar through December 19, 2017 for both firms is contained in the following charts:

| LITT FIRM LODESTAR FROM INCEPTION THROUGH DECEMBER 19, 2017 | | | | | |
|---|---|---|---|---|---|
| **Biller** | **Position** | **Grad Yr** | **Rate** | **Hours** | **Total** |
| Barrett S. Litt | Attorney | 1969 | $1,150 | 1257.1 | $1,445,665.00 |
| Pat Dunlevy | Attorney | 1992 | $750 | 330.8 | $248,100.00 |
| Paul Estuar | Attorney | 1993 | $765 | 519.4 | $397,341.00 |
| Paul Hughes | Attorney | 2008 | $730 | 60 | $43,800.00 |
| Julia White | Sr. Paralegal | | $335 | 541.2 | $181,302.00 |

---

[3] The fee details and summaries attached as Exhibits 5 and 6 for this time period (see include .5 hours for paralegal Marie Bolanos; this time has been eliminated from this chart in an exercise of billing judgment.

| LITT FIRM LODESTAR FROM INCEPTION THROUGH DECEMBER 19, 2017 | | | | | |
|---|---|---|---|---|---|
| **Biller** | **Position** | **Grad Yr** | **Rate** | **Hours** | **Total** |
| Miguel Villafuerte | Jr. Paralegal | | $150 | 42.3 | $6,345.00 |
| Charla Gray | Law Clerk | | $200 | 40.1 | $8,020.00 |
| James Debergh | Law Clerk | | $200 | 27.2 | $5,440.00 |
| Jonathan Dale | Law Clerk | | $200 | 29.5 | $5,900.00 |
| TOTAL | | | | 2869.8 | $2,2,35533.00 |

| PUBLIC COUNSE LODESTAR FROM INCEPTION THROUGH DECEMBER 19, 2017 | | | | | |
|---|---|---|---|---|---|
| **Biller** | **Position** | **Grad Yr** | **Rate** | **Hours** | **Total** |
| Anne Richardson | Attorney | 1989 | $1,150 | 1257.1 | $1,445,665.00 |
| Pat Dunlevy | Attorney | 1992 | $200 | 40.1 | $8,020.00 |
| Lisa Jaskol | Attorney | 1988 | $750 | 330.8 | $248,100.00 |
| Hernán Vera | Attorney | 1994 | $765 | 519.4 | $397,341.00 |
| Stephanie Carroll | Attorney | 2004 | $730 | 60 | $43,800.00 |
| Adelaide Anderson | Attorney | 2010 | $335 | 541.2 | $181,302.00 |
| Jackie Chidiac | Paralegal | | $150 | 42.3 | $6,345.00 |
| Maria Cabadas | Litigation Coordinator | | $200 | 27.2 | $5,440.00 |
| TOTAL | | | | 1670.8 | $1,108,872.00 |

11. Attached as Exhibits 5 and 6 are the detail and summaries of the post August 31, 2017 fees and costs for the two Litt firms. The detail and summaries of the post August 31, 2017 fees and costs for Public Counsel are attached to the Declaration of Anne Richardson.

12. Based on the final size of the Class Fund of $ 9,339,256.47, and Plaintiffs' request for an attorneys' fee award (before deduction of costs) of 30%, Plaintiffs request an attorneys' fee award of **$2,801,776.941**.

13. Additional costs since August 31, 2017, are contained in the following post August 31, 2017 chart:

5

| 1459 – Litt Firm Nozzi Costs Summary From 9/1/2017-12/19, 2017 ||
|---|---|
| **Cost Item** | **Amount** |
| E106-Research | $1,053.42 |
| E107-Delivery | $49.50 |
| E119-Experts | $513.00 |
| E145-PrintAudit | $529.35 |
| **Total:** | **$2,145.27** |

14. The total final Litt firm costs are shown in the following chart.

| Litt Firm Nozzi Total Costs Summary Through 12/19/17 ||
|---|---|
| **Cost Item** | **Amount** |
| E101-Copy | $699.96 |
| E102-Print | $1,461.39 |
| E104-Fax | $60.50 |
| E105-Phone | $143.32 |
| E106-Research | $17,094.02 |
| E107-Delivery | $3,115.33 |
| E108-Postage | $81.71 |
| E109-LocTravel | $13.92 |
| E112-FeesCrt | $350.00 |
| E115-Depo | $1,760.18 |
| E118-LitSup | $104.76 |
| E119-Experts | $118,430.50 |
| E121-Arb/Medi | $18,000.00 |
| E134-Parking | $282.50 |
| E145-PrintAudit | $4,987.85 |
| E146-Scans | $976.74 |
| E148-Conf.call | $491.83 |
| **Total:** | **$168,054.51** |

15. As was explained in the attorneys' fee motion, Public Counsel had costs previously submitted in the amount of $1,441.37. Including costs since September 1, it has incurred total costs as indicated in the following chart.

| Expense Description | Amount |
|---|---|
| Photocopies | $ 202.10 |
| Deposition costs | $ 602.30 |
| Mileage/Parking | $ 392.29 |
| Phone | $ 1.15 |
| Postage | $ 243.53 |
| Outreach Flyer/Poster | $ 204.00 |
| **TOTAL** | **$1,645.37** |

16. The combined total costs for both firms is **$169,699.88**. Plaintiffs request a cost award in that amount.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Pasadena, California on December 22, 2017.

_____

7