Barrett S. Litt, SBN 45527
blitt@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Anne Richardson, SBN 151541
arichardson@publiccounsel.org
Stephanie Carroll SBN 263698
scarroll@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOZZI, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 2:07-cv-00380-PA-FFM)<br><br>[Honorable Percy Anderson]<br><br>**SUBMISSION OF FINAL CLASS ADMINISTRATOR JND DECLARATION AND REQUEST FOR APPROVAL OF PAYMENT**<br><br>Date:    N/A<br>Time:    N/A<br>Place:   Courtroom 9A |

Pursuant to the Court's direction at the Final Approval hearing, Plaintiffs requested that JND provide a new declaration explaining its bill and detailing its total request for authorization of payment (to be made by Defendants' insurance company, pursuant to the settlement agreement and the proposed Final Approval Order). Attached as Exhibit A is the February 2, 2018 Declaration of Jennifer Keogh on behalf of JND providing the requested information.

As Ms. Keogh's Declaration explains, JND seeks approval of payment of an additional $24,000 beyond its previous bill of $24,000 for class administration, pursuant to the $48,000 Price Lock in its bid. In addition, JND seeks approval of payment of an additional $6000 for Los Angeles Times publication and $6000 for digital campaigns for Facebook/Instagram and Twitter. Both of these were separate items in the JND bid and not part of the Price Lock. (JND has waived and does not seek costs for handling calls and the website beyond the total Price Lock of $48,000 total even though these are costs it would normally have billed for an additional $5500. See Keogh Dec. ¶¶ 6, 8.)

Thus, JND seeks approval of a total of $60,000, $36,000 of which will be contained in its Final Invoice and $24,000 of which was contained in its original invoice. These amounts have all been approved by both Plaintiffs' and Defendants' counsel, who request that the Court approve them.

DATED: February 2, 2018                    Respectfully Submitted,

                                                        KAYE, MCLANE, BEDNARSKI & LITT
                                                        PUBLIC COUNSEL

                                                        By:__/s/ Barrett S. Litt_____
                                                               Barrett S. Litt

                                                        By:__/s/ Anne Richardson_____
                                                                Anne Richardson
                                                               Attorneys for Plaintiffs