**Exhibit A**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOZZI et al.<br><br>Plaintiff,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES et al<br><br>Defendants. | CASE NO. CV 07-00380 PA (FFMx)<br><br>JUDGE: The Hon. Percy Anderson<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR JENNIFER M. KEOUGH** |

I, JENNIFER M. KEOUGH, declare as follows:

1. I am the Chief Executive Officer of JND Legal Administration LLC ("JND"). JND is a legal administration services provider with operations centers in Denver, Minneapolis, and Seattle. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2. JND is serving as the Settlement Administrator ("Administrator") in the above-captioned litigation ("Action"), as ordered by the Court in its Order Preliminarily Approving Class Action Settlement dated July 29, 2017 ("Order"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

**INITIAL PROPOSAL**

3. On May 25, 2017, JND submitted a proposal of estimated costs (the "Proposal") to the parties in this Action. Under the Proposal, JND estimated a total cost of $48,000.00 to administer the settlement (assuming a 25% claims rate). The estimate was "PriceLocked," or capped at that amount if the scope of the work did not exceed the parameters contemplated in the estimate. For PriceLocked matters, JND typically submits two invoices (an initial invoice after

noticing is completed, and a final invoice prior to benefit distribution), with each invoice representing half of the capped estimated amount.

### INITIAL INVOICE

4.  On September 1, 2017, JND submitted its initial invoice (the "Initial Invoice") for payment in the amount of $24,000.00 for work performed, including but not limited to, analyzing and standardizing class list data, researching and updating addresses through the National Change of Address database, creating a project-specific database and developing processing procedures, formatting and quality review of notices, set-up of the toll-free number and training call center agents, and translation of documents into Spanish, Russian, and Armenian. A copy of the Initial Invoice is attached hereto as **Exhibit A**.

### SETTLEMENT WEBSITE

5.  On August 9, 2017, JND established a Settlement Website, www.HACLAClassAction.com, which provides copies of important case documents, answers to frequently asked questions, and Administrator contact information for telephone, mail, and email contact. The Settlement Website also included downloadable Claim Forms in English, Spanish, Russian, and Armenian. The cost for creating and maintaining the Settlement Website was $3,000.00.

6.  Although the Proposal contemplated a Settlement Website, this item was not included as a separate line item in the anticipated scope of work to be performed. However, JND has agreed to waive the $3,000.00 for work performed in connection with the Settlement Website.

### TOLL-FREE INFORMATION LINE

7.  On August 9, 2017, JND established a case-specific toll-free number, 1-888-268-5894, which individuals may call to obtain information regarding the Settlement. Callers have the opportunity at each stage to speak to a live operator familiar with the Settlement,

- 2 -

who can respond to common questions and provide assistance in English, Spanish, Russian, or Armenian. The line is available 24 hours a day, seven days a week. Operators are available during business hours.

8. The Proposal estimated that the call center would handle 360 calls from Class Members. To date, JND's call center has handled 737 incoming calls, more than twice the amount initially anticipated. In light of the fact that the Price Lock did not indicate that calls above 360 would be additionally billed, JND has agreed to waive the $2,500.00 incurred for work performed in connection with answering and documenting the additional call volume that it would normally charge.

**PUBLICATION**

9. As directed by the Settlement Agreement and the Order, JND caused the Publication Notice, attached hereto as **Exhibit A**, to be published in the *LA Times* for three consecutive weeks on August 18, 2017, August 25, 2017, and September 1, 2017. The cost of this is $6,000.00. This amount has been approved by defense counsel Brant Dveirin.

10. On August 16, 2017, JND began the internet advertising campaign to inform Settlement Class Members about the Settlement. This campaign included a banner display linking to the Settlement Website in promoted posts on Facebook/Instagram and Twitter that was targeted to Los Angeles residents between the ages of 18 and 65+. The campaign concluded after 30 days on September 15, 2017.

11. Although the Proposal contemplated a publication and digital campaign, the actual pricing was not included in the total amounts set out for different claims levels or in the Price Lock for each, as it was not yet determined which publications and social media platforms the parties would opt to use. JND seeks an additional $6,000.00 for costs associated with coordinating publication in LA Times (an amount communicated to the parties at the time of reserving the ad space). JND also seeks an additional $6,000.00 for work performed in

connection with the digital campaign on Facebook/Instagram and Twitter. This amount has been approved by defense counsel Brant Dveirin.

## CLAIMS UPDATE

12.  As of the date of this Declaration, JND has received and processed 2,979 claims, representing a 25.1% claim filing rate. These claims are categorized as follows:

   a.  <u>Approved Claims</u>: 2,300 Claim Forms were timely and complete and have been approved.

   b.  <u>Late Claims</u>: 27 Claim Forms submitted by eligible Class Members were postmarked after the filing deadline of December 6, 2017. These claims have a total damages value of $24,350.39 and are otherwise valid and complete. These claims have not been approved.

   c.  <u>Denied Claims – Missing Information</u>: 31 Claim Forms were missing a signature and have been denied. JND mailed a Notice of Deficient Claim to each of these Class Members, which included a substitute Claim Form and provided a window of time in which the deficiency could be cured. The deadline to submit a complete Claim Form was January 21, 2018. The number presented here represents the Class Members who either did not cure the missing information deficiency.

   d.  <u>Denied Claims – Not on Class List</u>: 556 Claims Forms were submitted by claimants who did not appear on the Class List, and they were denied.

   e.  <u>Denied Claims – Duplicate</u>: 65 Claim Forms were duplicates of earlier-submitted Claims Forms, and they were denied.

## FINAL INVOICE

13.  As discussed above, JND billed a total of $24,000.00 in administration fees and expenses in the initial invoice. Prior to distribution of settlement benefits, JND will submit a final invoice for the remaining $24,000.00 of the PriceLock. This amount reflects work performed in processing mailed, faxed, and e-mailed forms, validating forms and resolving issues with deficient claims, as well as work yet to be performed in connection with benefit distribution,

including but not limited to, calculating benefits, drafting check language, formatting checks with 1099 forms/W-2 forms, managing the benefit mailing and reminder mailing, and re-issuing checks.

14.  The amounts discussed above for publication and the digital media advertising campaign will be included in the final invoice as add-ons for a total amount of $36,000.00 as outlined below.

| | |
|---|---|
| PriceLocked Invoice Amount | $24,000.00 |
| Publication in *LA Times* | $6,000.00 |
| Digital Campaign (Facebook/Instagram, Twitter) | $6,000.00 |
| Settlement Website | *$3,000.00 (Waived)* |
| Additional Call Center Charges | *$2,500.00 (Waived)* |
| **Total Final Invoice Amount** | **$36,000.00** |

15.  Accordingly, JND requests that the Final Approval Order authorize an additional payment to it of $36,000 in addition to the $24,000 already invoiced. No reimbursement above that amount will be requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 2, 2018, at Seattle, Washington.

By: /s/ Jennifer M. Keough
   Jennifer M. Keough

# EXHIBIT A

Case 2:07-cv-00380-PA-FFM   Document 330-1   Filed 02/02/18   Page 7 of 10   Page ID #:5956



# Invoice

| DATE | INVOICE # |
|---|---|
| 9/7/2017 | 10,631 |

**BILL TO**

Kaye, McLane, Bednarski & Litt, LLP
Barry Litt
234 East Colorado Blvd, Ste 230
Pasadena, CA  91101

| PROJECT | TERMS |
|---|---|
| NHA - Michael Nozzi, et al. v. Housing Au | Net 30 |

| TASKS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | PriceLock - Post-Notice Mailing | 24,000.00 | 24,000.00 |

**Invoice Total**   $24,000.00

**Total Balance Due**

$24,000.00

**REMIT PAYMENT TO:**
Class Action Administration LLC, PO Box 6908, Broomfield, CO  80021
Overnight mail: 10170 Church Ranch Way, Suite 125, Westminster, CO 80021
Phone:  720-540-4422     Fax: 720-540-4423     www.JNDLA.com

# EXHIBIT B

# **LEGAL NOTICE**

**If, between June 1, 2004, and June 1, 2005, you were a Housing Choice Voucher Payment Section 8 Participant through the Housing Authority for the City of Los Angeles ("HACLA"), you were entitled to receive one year's advance notice that HACLA was going to reduce its contribution to your rent (subject to certain limitations explained further in the Class Notice).**

**You may be a CLASS MEMBER and entitled to receive MONEY but only if you take action and file a claim.**

*Copies of the Class Notice and Claim Form in Spanish, Armenian, and Russian are available on the settlement website at www.HACLAClassAction.com.*

The class action lawsuit currently pending in the United States District Court, Central District of California, challenged the legality of the reduction in rent subsidy because HACLA's notice of the reduced subsidy did not adequately explain what HACLA was doing.

If you were such a participant and meet certain other criteria explained further in the Class Notice, available on the settlement website www.HACLAClassAction.com, you may be entitled to a payment of funds up to the amount of additional rent you paid your landlord during the period from July 1, 2005 through April 30, 2007, for a period of up to 11 months. Depending on your circumstances, you *could be entitled to several hundred dollars* repayment, and in some instances more.

In order to receive any money in this Settlement, **you must fill out and mail a Claim Form,** which you can obtain from the website www.HACLAClassAction.com. In addition, complete copies of the Class Notice and Claim Form are available upon request at any HACLA office.

Your Claim Form must be **postmarked** or received by the Administrator no later than **December 6, 2017**. Please mail your completed Claim Form to Nozzi v. HACLA Settlement Administrator, c/o JND Class Action Administration, PO Box 7028, Broomfield, CO 80021.

**You must file a timely claim in order to receive any money and will only be entitled to money if HACLA's records show that you qualify as a Class Member.**

If you have any questions, you may contact the Settlement Administrator toll-free at 1-888-268-5894 or visit www.HACLAClassAction.com.